# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

GREATER ST. LOUIS CONSTRUCTION )
LABORERS WELFARE FUND, et al., )
)
    Plaintiffs, )
)
vs. ) Case No. 4:05CV563 HEA
)
NEW CONSTRUCTION RESOURCES, )
LLC, )
)
    Defendant. )

## OPINION, MEMORANDUM AND ORDER

This matter is before the Court on plaintiffs' Motion for Summary Judgment, filed August 29, 2005, [Doc. # 13 ]. Defendant has not responded to this motion in accordance with the Court's Case Management Order of June 13, 2005.

Plaintiffs' Motion for Summary Judgment is supported by affidavits of damages, and after consideration of the motion, the memorandum in support thereof and the affidavits, the Court will grant plaintiff's Motion for Summary Judgment, and award damages as follows: (1) $35,212.55 in contributions; (2) $7,042.58 in liquidated damages; (3) $953.71 in interest; (4) $875.00 in accounting costs, (5) $834.00 in attorneys' fees; and (6) $301.70 in court costs, for a total judgment of $45,219.54.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiffs' Motion for Summary Judgment, [ Doc. # 13], is granted, and plaintiffs are awarded judgment against defendant New Construction Resources, LLC in the amount $45,219.54.

Dated this 4th day of October, 2005.

_____
   HENRY EDWARD AUTREY
   UNITED STATES DISTRICT JUDGE