# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| GREATER ST. LOUIS CONSTRUCTION LABORERS WELFARE FUND, et al., | ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) Case No. 4:05CV563 HEA ) |
| NEW CONSTRUCTION RESOURCES, LLC, | ) ) ) |
| Defendant. | ) ) |

## JUDGMENT

In accordance with the Order entered this same date,

**IT IS HEREBY ORDERED**, **ADJUDGED and DECREED** plaintiffs are awarded judgment against defendant New Construction Resources, LLC in the amount $45,219.54.

Dated this 4th day of October, 2005.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE